UNITED STATES of America,
Plaintiff–Appellee

v.

Jarrod Cheyenne WILLIAMS,
Defendant–Appellant.

No. 11–10661
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 21, 2012.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, William Reynolds Biggs, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jarrod Cheyenne Williams raises arguments that he concedes are foreclosed by *United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir.2006), which held that a district court has the discretion under 18 U.S.C. § 3584 to order a federal sentence to run consecutively to a yet-to-be-imposed state sentence. *See Setser v. United States*, —— U.S. ——, 132 S.Ct. 1463, 1466–73, 182 L.Ed.2d 455 (2012). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.